# ELECTRONIC RECORD

COA # 01-14-00544-CR          OFFENSE: 19.02 (Murder)

STYLE: Jose Velez v. The State of Texas          COUNTY: Bexar

COA DISPOSITION:     AFFIRM          TRIAL COURT: 187th District Court

DATE: 06/04/15          Publish: NO     TC CASE #:     2013CR0307C

# IN THE COURT OF CRIMINAL APPEALS

STYLE:     Jose Velez v. The State of Texas          CCA #: **863-15**

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 11/18/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam · YEARY NOT          PUBLISH: _____     DNP: _____

PARTICIPATING

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**